UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG

IN RE

    EMILY REBECCA BERG

    Debtor(s)

Chapter 13
Case NO. 26-60686-RBC

## NOTICE ENTERING APPEARANCE AND REQUEST FOR ALL NOTICES

Dear Clerk:

    Please enter the appearance of Mark D. Meyer, Esq. and Rosenberg & Associates, LLC, as the attorneys of record on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing.  Please add my name to the mailing matrix and send all notices to:

    Mark D. Meyer, Esq.
    4340 East West Highway, Suite 600
    Bethesda, MD 20814

        /s/ Mark D. Meyer
        Mark D. Meyer, Esq. # 74290
        Rosenberg & Associates, LLC
        4340 East West Highway, Suite 600
        Bethesda, MD 20814
        301-907-8000

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 28th day of May, 2026, a copy of the foregoing Notice Entering appearance was mailed, first class postage prepaid, or emailed, to the following:

Angela M. Scolforo, Trustee
P.O. Box 2103
Charlottesville, VA 22902

Emily Rebecca Berg

117 Madison Circle

Mark D. Meyer
VA BAR 74290
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
26-005377-VA-B-4

Locust Grove, VA 22508

                    /s/ Mark D. Meyer
                    Mark D. Meyer, Esq. # 74290
                    Rosenberg & Associates, LLC
                    4340 East West Highway, Suite 600
                    Bethesda, MD 20814
                    301-907-8000